UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| JAMES JELLE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 24-34-H-DWM |
| vs. | |
| ALEXANDRIA VALDEZ-KLAPMEIER, et al. | |
| Defendants. | |

_____

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of September 10, 2024 (Doc. 5), this action is DISMISSED.

     Dated this 25th day of October, 2024.

                                TYLER P. GILMAN, CLERK

                                By: /s/ T. Gesh
                                T. Gesh, Deputy Clerk